AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 29 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

# UNITED STATES DISTRICT COURT

for the

MARCUS D. EDWARDS
*Petitioner*

v.

Case No. 3:19CV211TSL-RHW
*(Supplied by Clerk of Court)*

VICTOR MASON (SHERIFF)
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MARCUS DESHAWN EDWARDS
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: HINDS COUNTY DETENTION CENTER (COUNTY FARM)
   (b) Address: 1447 COUNTY FARM RD, RAYMOND MS 39154
   (c) Your identification number: 77000 81637
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: N/A
   (d) Date of the decision or action: N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: ______
      (2) Date of filing: ______
      (3) Docket number, case number, or opinion number: ______
      (4) Result: ______
      (5) Date of result: ______
      (6) Issues raised: ______
   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

~~(a) If "Yes," provide:~~

(1) Name of the authority, agency, or court: N/A

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: HABEAS CORPUS 2241, MOTION FOR BOND REDUCTION
(b) Name of the authority, agency, or court: HINDS COUNTY CIRCUIT COURT

(c) Date of filing: HABEAS CORPUS -- N/A, MOTION FOR BOND REDUCTION - 10-19-2018
(d) Docket number, case number, or opinion number: 25C01:17-cr-00410-JM
(e) Result: ALL STILL PENDING
(f) Date of result: ALL STILL PENDING
(g) Issues raised: N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: IS PETITIONERS RIGHT TO DUE PROCESS BEING VIOLATED

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

PETITIONER WAS ARRESTED JULY 24, 2017 FOR AGGRAVATED ASSAULT, ARMED ROBBERY, AND BURGLARY OF A DWELLING. UPON COMPLETING MY SENTENCE AT MDOC DUE TO PROBATION VIOLATION BECAUSE OF THIS CHARGE, PETITIONER WAS RETURNED TO HINDS COUNTY DETENTION CENTER WHERE HE HAS BEEN CONTINUOUSLY HELD IN CUSTODY WITHOUT THE BENEFIT OF A BOND REVIEW OR INDICTMENT OR ARRAIGNMENT

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

GROUND TWO: IS PETITIONER BEING DENIED HIS CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

ON OR ABOUT OCTOBER 19, 2017 A DETAINER WAS LODGED IN PETITIONERS FILE. AND SINCE THAT DAY IT HAS BEEN 402 DAYS AT THE FILING OF THIS PETITION, THE PETITIONER HAS YET TO BE INDICTED. THE COURTS HAS STATED WHERE THERE IS NO INDICTMENT NOR ARRAIGNMENT THERE IS NO PROBABLE CAUSE FOR DETENTION.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

GROUND THREE: IS PETITIONER DETAINMENT ILLEGAL PURSUANT TO AN ORDER DATED AUGUST 21, 2017, SIGNED BY JUDGE WILLIAM SKINNER

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

PETITIONER WAS GIVEN A PRELIMINARY HEARING ON AUGUST 21, 2017 AND WAS THEREAFTER BOUND OVER TO AWAIT ACTIONS OF THE GRAND JURY. THE SAME ORDER STATED, "IF THE DEFENDANT REMAINS IN JAIL WITHOUT POSTING BOND AND IS NOT SERVED A CAPIAS AFTER INDICTMENT BY NOVEMBER 21, 2017, HE SHALL BE RELEASED FROM CUSTODY ON THIS CHARGE FOR LACK OF PROSECUTION WITH NO FURTHER ORDER OF THIS COURT."

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes ☐ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: PETITIONER CLAIM FOR RELIEF FOR THE STATES VIOLATION OF HIS CONSTITUTIONAL RIGHTS. PETITIONER ASKS FOR HIS IMMEDIATE RELEASE FROM CUSTODY AND ANY OTHER RELIEF THE COURT DEEMS NECESSARY.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

MARCH 17, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: MARCH 17, 2019

Marcus Deshawn Edwards
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*